IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTOPHER LOADHOLT**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    -v-<br><br>**HSN, INC.**,<br><br>    Defendant. | Civil Case Number:  1:22-cv-04231-LGS |

## ~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 23, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-04231-LGS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** <u>24th</u> **day of February 2023.**

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**